
Exhibit A